## No. 6841.

MRS. H. ESCOUBAS ET AL. VS. THE CALCASIEU SULPHUR MINING COMPANY OF LOUISIANA.  M. MUSSON ET AL., APPELLANTS.

In an Appeal by third persons, the failure to cite the defendant in the case is fatal and will cause the dismissal of the Appeal.

APPEAL from the Sixth District Court for the parish of Orleans. *Saucier; J.*

*Thos. Hunton* for Appellants.

·*A. Robert* and *W. W. Howe* for Plaintiffs and Appellees:

Where a third party interested appeals, and does not cite the defendant in the suit, the appeal will be dismissed.

Where an appeal is taken by a third party interested, he must cite both plaintiff and defendant in the suit, otherwise the appeal will be dismissed for want of proper parties.

---

ON MOTION TO DISMISS.

The opinion of the Court was delivered by

FENNER, J. ˙ This is an appeal by petition, by third persons, from a · judgment to which they were not parties.

The failure to cite, or demand citation of, the defendant in the judgment is fatal to the appeal. This Court has no power to revise the judgments of inferior tribunals, where the parties thereto are not before it.

State vs. Wickliffe, 21 An. 755.    It is unnecessary to consider other grounds assigned in the motion to dismiss.

It is, therefore, ordered that this appeal be dismissed, at appellants' cost.